# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

D.A., et al.

                                      Plaintiff,

v.                                                                 Case No.: 1:20−cv−03082
                                                                                   Honorable Martha M. Pacold

United States of America, The, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 21, 2021:

       MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' status report [52], which indicates that settlement discussions remain ongoing. Accordingly, the stay issued on 5/19/2021 shall remain in place for the time being. The parties are directed to file another joint status report by 9/17/2021 updating the court on the progress of settlement discussions and including any request for modification or extension of these stays.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.