# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

D.A., et al.

                    Plaintiff,

v.                                       Case No.: 1:20−cv−03082
                                            Honorable Martha M. Pacold

United States of America, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 16, 2021:

    MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' joint status report [66]. The stay is extended through 1/17/2022 so that the parties can continue ongoing settlement discussions. The parties are directed to file a joint status report by 1/14/2022 updating the court on the progress of settlement discussions and any need to modify or extend the stay.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.