### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| D. A., A.A., and Lucinda del Carmen Padilla-Gonzales, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-3082 |
| | ) | |
| The United States of America, Heartland Alliance for Human Needs and Human Rights, and Heartland Human Care Services, Inc., | ) | Hon. Martha M. Pacold |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS THE HEARTLAND DEFENDANTS

1.      Pursuant to the settlement agreement reached between Plaintiffs and Defendants Heartland Alliance for Human Needs and Human Rights, and Heartland Human Care Services, Inc. (the Heartland Defendants), Plaintiffs move to dismiss their claims against the Heartland Defendants with prejudice.

2.      Nothing in this motion to dismiss is intended to alter or affect any of Plaintiffs' remaining claims against the United States of America.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiffs

Anand Swaminathan
Sarah Grady
Steve Weil
Loevy & Loevy
311 North Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900

Conchita Cruz
Zachary Manfredi
Asylum Seeker Advocacy
Project
228 Park Ave., Ste. 84810
New York, NY 10003
(248) 840-0744

/s/ Kurt Mathas
Kurt Mathas
Attorney for the Heartland
 Defendants

Kurt Mathas
Nasir Hussain
Saranya Raghavan
Winston & Strawn LLP 35
West Wacker Dr.
Chicago, IL 60601
(312) 558-5600
kmathas@winston.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Sarah Grady, an attorney, hereby certify that on March 4, 2022, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Sarah Grady
Sarah Grady
 Attorney for Plaintiffs