# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

D.A., et al.

                              Plaintiff,

v.                                            Case No.: 1:20−cv−03082
                                                       Honorable Martha M. Pacold

United States of America, The, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiffs' motion to dismiss the Heartland Defendants (Heartland Alliance for Human Needs and Human Rights and Heartland Human Care Services, Inc.) with prejudice [74] is granted. Heartland Alliance for Human Needs and Human Rights and Heartland Human Care Services, Inc. are hereby dismissed with prejudice. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.