IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| D.A., et al. | ) | |
| | ) | Case No: 20 C 3082 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| United States of America, et al., | ) | |

**ORDER**

Telephonic hearing held on 8/11/2022. For the reasons stated on the record, defendant's motion to dismiss or, alternatively, to transfer [73] is granted in part. The case is hereby transferred to the Western District of Texas. The court does not address the merits of defendant's motion to dismiss.

(T: 0:20)

Date: August 11, 2022                    /s/ Martha M. Pacold